| | | |
|---|---|---|
| SHERIKA SCURLOCK, | ) | |
| Plaintiff, | ) | |
| | **)** | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 5:25-CV-733-KS |
| FRANK J. BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before court on the Defendant's Consent Motion to Remand Case for further administrative proceedings [DE-15].

IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is REVERSED and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings.

This judgment filed and entered on May 14, 2026, with *electronic service* upon the following:

**Bryan Konoski**
*Counsel for Plaintiff*

**Wanda Mason**
**Joanne Kernicky**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: <u>May 14, 2026</u>                         /s/ *Shelia D. Foell*

(By): Shelia D. Foell
Deputy Clerk, U.S. District Court