UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHERIKA SCURLOCK, )
Plaintiff, )
)
v. )
)
FRANK J. BISIGNANO, )
Commissioner of Social Security, )
Defendant. )

# JUDGMENT

Case No. 5:25-CV-733-KS

**Decision by Court.**

This action came before court on the Plaintiff's Motion for Attorney Fees [DE-18].

IT IS ORDERED, ADJUDGED AND DECREED the Defendant pay to Plaintiff $8,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. §2421.

This judgment filed and entered on August 19, 2026, with *electronic service* upon the following:

**Bryan Konoski**
*Counsel for Plaintiff*

**Wanda Mason**
**Joanne Kernicky**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: August 19, 2026

/s/ Shelia D. Foell
(By): Shelia D. Foell
Deputy Clerk, U.S. District Court